UNITED STATES of America,
Plaintiff–Appellee

v.

David FLORES–FLORES,
Defendant–Appellant.

No. 07–50467
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 20, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Ricardo R. Alvarado, Alvarado Law Office, Midland, TX, for Defendant–Appellant.

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent David Flores–Flores has moved for leave

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Flores–Flores has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.